SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0721 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| ANDREW MAKER, ) | |
|     Defendant. ) | |

    Based on the facts set forth in the Declaration of Laura Terlouw in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Andrew Maker, 444 Hyde Street, Apt. 43, San Francisco, California, 94112. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                              Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

Dated: 11/26/2007                                 /s/
                                              WENDY THOMAS
                                              Special Assistant United States Attorney