1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
3
   WENDY THOMAS (NYBN 4315420)
4  Special Assistant United States Attorney

5    450 Golden Gate Avenue, 11th Floor
     San Francisco, California  94102
6    Telephone:  (415) 436-6809
     Fax:  (415) 436-7234
7    Email: wendy.thomas@usdoj.gov

8  LAURA TERLOUW
   Law Clerk
9
   Attorneys for Plaintiff
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,        )    Case No. CR 07-0721  MAG
                                    )
15         Plaintiff,               )
                                    )    **DECLARATION OF LAURA
16 v.                               )    TERLOUW IN SUPPORT OF UNITED
                                    )    STATES' MOTION FOR SUMMONS**
17 ANDREW MAKER,                    )
                                    )
18         Defendant.               )
                                    )
19 ─────────────────────────────────)

20     I, Laura Terlouw, hereby declare as follows:

21     1.  I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of

22 this case.  I have received the following information from officers employed by the United States

23 Park Police ("USPP"), and from reports and other documents provided to me by persons

24 employed by the USPP.

25     2. On or about the afternoon of September 30, 2007, an individual, later identified as Andrew

26 Maker ("Maker"), approached the disabled access gate for a special event held at Fort Mason.

27 The security guard working the disabled access gate, Victim C.R., informed Maker that the main

28

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0721  MAG

access gate was on the opposite side of the park.

3. Maker told Victim C.R. that he was handicapped, and Victim C.R. then asked Maker whether he had a blue handicapped placard. Maker responded by asking whether Victim C.R. was going to go out and check his car. Maker became agitated and accused Victim C.R. of harassing him. Victim C.R. told Maker that she was only doing her job.

4. Victim C.R. asked Maker for his ticket to the event. Maker handed her the ticket and began pushing the disabled access gate open while continuing to accuse Victim C.R. of harassment. Victim C.R. was unable to verify whether Maker was supposed to use the disabled access gate, returned his ticket to him and instructed him to use the main access gate.

5. Victim C.R. attempted to close the disabled access gate. Maker then shoved the gate towards Victim C.R. into her chest, calling her names like "bitch" and "ho" as Victim C.R. attempted to push the gate closed once again. Maker spat in Victim C.R.'s face and walked away cursing loudly.

6. Victim C.R. radioed for assistance. At approximately 2:22 p.m., Maker was walking toward USPP Officer Wu in the rear parking lot of building #101 in Upper Fort Mason. When Officer Wu first contacted Maker, Maker was uncooperative.

7. Victim C.R. responded to the scene and positively identified Maker as the person who assaulted her. Maker told Officer Wu that he had an altercation with Victim C.R.. Officer Wu arrested Maker for assault.

//
//
//
//
//
//
//
//
//

1    8.  I declare under penalty of perjury that the foregoing is true and correct to the best of my

2    knowledge and belief.  Executed November 26, 2007, at San Francisco, California.

3

4    DATED:  _11/26/2007_____          Respectfully submitted,

5                                        SCOTT N. SCHOOLS
                                         United States Attorney
6

7                                        _____/s/_____
                                         LAURA TERLOUW
8                                        Law Clerk
                                         United States Attorney's Office
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0721  MAG                    -3-