SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0721 MAG |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| ANDREW MAKER, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Laura Terlouw, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Andrew Maker, 444 Hyde Street, Apt. 43, San Francisco, California, 94112, to appear on December 18, 2007 at 9:30 am before Magistrate Judge Maria Elena James to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____    _____
                              BERNARD ZIMMERMAN
                              United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0721 MAG