1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234
       E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,       )   Criminal No. CR 07 0721 MAG
                                   )
        Plaintiff,                 )
                                   )
        v.                         )   **[PROPOSED] ORDER AND**
                                   )   **STIPULATION CONTINUING STATUS**
                                   )   **CONFERENCE FROM JANUARY 16,**
   ANDREW MAKER,                   )   **2008, TO JANUARY 29, 2008**
                                   )
        Defendant.                 )
                                   )
   _____)

        This matter is currently set for a status conference on January 16, 2008, at 9:30 a.m. The parties in this case hereby stipulate that, subject to the court's approval, the status conference in the above-captioned matter be continued to January 29, 2008 at 9:30 a.m., or as soon thereafter as the matter may be heard. The reason for the stipulation is that government counsel is unavailable on January 16, 2008.

   //

   //

   **[PROPOSED[ ORDER AND**
   **STIPULATION FOR CONTINUANCE**
   **CR 07 0721 MAG**

    Both parties are available on the requested date.

    IT IS SO STIPULATED.

DATED: 1/13/08                                      /s/
                                             ERIC HAIRSTON
                                             Counsel for Andrew Maker

DATED: 1/12/08                                      /s/
                                             WENDY THOMAS
                                             Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:_____
                                             THE HON. ELIZABETH D. LAPORTE
                                             United States District Judge