JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07 0721 MAG |
|     Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER AND STIPULATION CONTINUING STATUS CONFERENCE FROM JANUARY 16, 2008, TO JANUARY 29, 2008 |
| ANDREW MAKER, ) | |
|     Defendant. ) | |

     This matter is currently set for a status conference on January 16, 2008, at 9:30 a.m. The parties in this case hereby stipulate that, subject to the court's approval, the status conference in the above-captioned matter be continued to January 29, 2008 at 9:30 a.m., or as soon thereafter as the matter may be heard.  The reason for the stipulation is that government counsel is unavailable on January 16, 2008.

//

//

[~~PROPOSED~~[ ORDER AND
STIPULATION FOR CONTINUANCE
CR 07 0721 MAG

1 | Both parties are available on the requested date.

2 | IT IS SO STIPULATED.

3 | DATED: 1/13/08

/s/
ERIC HAIRSTON
Counsel for Andrew Maker

6 | DATED: 1/12/08

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

9 | IT IS SO ORDERED.

10 | DATED:  1/16/08

THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

[PROPOSED] ORDER AND
STIPULATION FOR CONTINUANCE
CR 07 0721 MAG                 2