JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone:  (415) 436-6809
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00721 MAG |
|     Plaintiff, ) | |
|   v. ) | **[PROPOSED] PROTECTIVE ORDER RE: DISCLOSURE OF WITNESS NAME AND PERSONAL IDENTIFYING INFORMATION** |
| ANDREW MAKER, ) | |
|     Defendant. ) | |

    The parties appeared before the Court on March 4, 2008, for a hearing on the defendant's Motion to Compel.  Pursuant to that hearing, the Court enters the following order:  The United States will immediately produce to counsel for the defendant in this case, Eric Hairston, victim personal identifying information and statements pursuant to the *Jencks* Act, 18 U.S.C. § 3500.  Disclosure of these materials will be subject to the following restrictions:

    1.  Except when being actively examined for the purpose of the preparation of the defense of the defendant named in this case, the victim personal identifying information produced by the United States to defense counsel Eric Hairston shall be maintained in a safe and secure location.  Defense counsel shall not permit any person access of any kind to the victim information except as set forth below.

    2.  The following individuals may examine the witness personal identifying information

for the sole purpose of preparing the defense of defendant and for no other purpose:

    a.    Counsel for the defendant, Eric Hairston;

    b.    Persons employed by the law office of defense counsel who are assisting with the preparation of defendant's defenses;

    c.    Any expert(s) retained on behalf of defendant to assist in the defense of this matter; and

    d.    Any investigator(s) retained on behalf of defendant to assist in the defense of this matter.

3. Any pleadings that include the victim's personal identifying information shall be filed under seal.

4. No person who has access to the victim's personal identifying information shall inform the defendant himself as to the personal identifying information of the victim in any manner, form or fashion, whether written or oral.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: _3/5/08_____    By:_____/s/_____
WENDY THOMAS
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:_____    _____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

PROTECTIVE ORDER
CR 07-00721 MAG    2