IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW MAKER,<br><br>    Defendant.<br>_____/ | No. C-07-00721 (EDL)<br><br>**ORDER GRANTING IN PART MOTION TO COMPEL DISCLOSURE OF GOVERNMENT CONFIDENTIAL INFORMANT AND OTHER MATERIAL INFORMATION** |

Defendant moved to compel the disclosure of government confidential informant and other material information. For the reasons stated at the March 4, 2008 hearing, that motion is GRANTED as follows. The government shall turn over the confidential informant's personal identifying information to defense counsel pursuant to the terms of the protective order.

**IT IS SO ORDERED.**

Dated: March 11, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge