United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ANDREW MAKER,

        Defendant.
_____/

No. CR 07-00721 MAG

PRETRIAL ORDER FOR
CRIMINAL TRIAL

Defendant having consented to trial before Magistrate Judge ELIZABETH D. LAPORTE, and good cause appearing, it is hereby ordered that:

1.    TRIAL DATE

    a.   **Court** trial will begin on June 18, 2008 at 8:30 a.m., in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

    b.   The length of trial will not be more than 1 day.

2.    DISCOVERY

Both sides will comply with the Federal Rules of Criminal Procedure, and the United States will comply with Brady v. Maryland, 373 U.S. 83 (1963) and United States v. Agurs, 427 U.S. 97 (1976).

Crim.Jt

3.   PRETRIAL CONFERENCE

a.   A pretrial conference will be held on May 27, 2008 at 10:30 a.m. in Courtroom E, 15th Floor. The attorneys who will try the case shall attend the conference and be prepared to discuss the matters set forth in Criminal Local Rule 17.1-1.

b.   Any motions in limine or other pretrial motion shall be noticed for hearing at the pretrial conference. Motions in limine shall be filed no later than May 5, 2008 Responses shall be filed no later than May 12, 2008 . Replies shall be filed no later than May 15, 2008. See Crim. L. R. 47-2.

c.   Counsel shall submit a joint pretrial conference statement that shall address all matters listed in Criminal Local Rule 17.1-1 not less than **fourteen (14) days** prior to the pretrial conference.

Dated:  March 25, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge