**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ANDREW MAKER,

      Defendant.
_____/

No. CR 07-00721 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Pretrial Conference currently scheduled for May 27, 2008 at 10:30 a.m. has been **reset to May 28, 2008 at 2:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: May 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Lili M. Harrell
     Courtroom Deputy