| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | ERIC MATTHEW HAIRSTON |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue, 19th Floor |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant MAKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00721 MAG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING DEADLINE |
| | ) | FOR PROPOSED FINDINGS OF |
| ANDREW MAKER | ) | FACT/CONCLUSIONS OF LAW |
| | ) | AND RULE 29 MOTION |
| Defendant. | ) | |
| | ) | Honorable Elizabeth D. Laporte |

The undersigned parties stipulate as follows:

1. Trial of this matter was held on June 18, 2008.

2. The parties are currently scheduled to submit proposed findings of fact and conclusions of law on Friday, June 20, 2008. Counsel for Mr. Maker is also scheduled to submit a motion for judgment of acquittal under Federal Rule of Criminal Procedure 29 on that date.

3. Undersigned counsel for the defense has submitted a request for the trial transcript in furtherance of preparing the above-referenced filings. However, counsel has been informed that the trial transcript may not be available until Friday, June 27, 2008.

4. Because reference to the trial transcript is necessary for counsel to draft thorough and informed

STIPULATION AND [PROPOSED] ORDER;    - 1 -
CR 07-00721 MAG

proposed findings of fact and conclusions of law, as well as the above-referenced motion under Rule 29, the parties hereby agree and stipulate that the deadline for filing proposed findings of fact and conclusions of law and the defendant's motion for judgment of acquittal should be continued to Thursday, July 3, 2008.

IT IS SO STIPULATED.

DATED: June 19, 2008                          _____/s/_____
                                              WENDY THOMAS
                                              Assistant United States Attorney

DATED: June 19, 2008                          _____/s/_____
                                              ERIC MATTHEW HAIRSTON
                                              Assistant Federal Public Defender
                                              Attorney for Defendant

### [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the deadline for filing of proposed findings of fact and conclusions of law and the defendant's motion for judgment of acquittal under Federal Rule of Criminal Procedure 29 from Friday, June 20, 2008 to Thursday, July 3, 2008.

**IT IS SO ORDERED.**

DATED:_____            _____
                                        THE HON. ELIZABETH D. LAPORTE
                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER;    - 2 -
CR 07-00721 MAG