UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL TRIAL MINUTES

ELIZABETH D. LAPORTE                                    Date: June 18, 2008
UNITED STATES MAGISTRATE JUDGE

Case No:        CR-07-00721-01 EDL

Title:          USA v. ANDREW MAKER

Attorneys:      Plaintiff: Wendy Thomas, Patrick        Defendant: Eric Matthew Hairston
                           Hovakimian
Deputy Clerk:   Lili M. Harrell

Court Reporter: Jim Yeomans

TRIAL BEGAN:    June 18, 2008

FURTHER TRIAL:

PROCEEDINGS:                                            DISPOSITION:

Court Trial                                             Held


ORDERED AFTER TRIAL: Parties shall submit simultaneous briefs of findings of fact and conclusions of law by 6/20/2008.

WITNESSES: ¶ - Connie Sue Redman, Lloyd Charles Brown, Jr., Neil Wu
           D - Andrew Maker

VERDICT:


Notes:

cc: