# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR 07-00721-01 EDL**     Case Name: **USA v ANDREW MAKER**

### TRIAL LOG SHEET

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Elizabeth D. Laporte | Wendy Thomas | Eric Matthew Hairston |

| TRIAL DATE: | REPORTER(S): | CLERK: |
|---|---|---|
| June 18, 2008 | Jim Yeomans | Lili M. Harrell |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION OF EXHIBITS AND WITNESSES | BY |
|---|---|---|---|---|---|---|
| | | 9:09am | | | Court trial convenes | |
| | | 9:09am | | | Witness Connie Sue REDMAN - sworn | ¶ |
| | | 9:17am | | | Cross-examination | D |
| | | 9:25am | | | Witness excused | |
| | | 9:26am | | | Witness Lloyd Charles BROWN - sworn | ¶ |
| | | 9:30am | | | Cross-examination | D |
| | | 9:31am | | | Witness excused | |
| | | 9:31am | | | Witness Neil WU - sworn | ¶ |
| | | 9:34am | | | Cross-examination | D |
| | | 9:36am | | | Witness excused | |
| | | 9:37am | | | Recess | |
| | | 9:52am | | | Court Reconvenes | |
| | | 9:53am | | | Witness Andrew MAKER | D |
| | | 9:56am | | | Witness excused | |
| | | 9:58am | | | Court trial concludes | |