```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ERIC MATTHEW HAIRSTON
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue, 19th Floor
    San Francisco, CA  94102
 4  Telephone:  (415) 436-7700

 5  Counsel for Defendant MAKER

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,        )
11                                   )   No. CR 07-00721 MAG
                   Plaintiff,        )
12                                   )   STIPULATION AND [PROPOSED]
           v.                        )   ORDER CONTINUING DEADLINE
13                                   )   FOR PROPOSED FINDINGS OF
    ANDREW MAKER                     )   FACT/CONCLUSIONS OF LAW
14                                   )   AND RULE 29 MOTION
                   Defendant.        )
15  _____)   Honorable Elizabeth D. Laporte

16

17  The undersigned parties stipulate as follows:

18

19  1.   Trial of this matter was held on June 18, 2008.

20  2.   The parties are currently scheduled to submit proposed findings of fact and conclusions of law

21       on Friday, June 20, 2008.  Counsel for Mr. Maker is also scheduled to submit a motion for

22       judgment of acquittal under Federal Rule of Criminal Procedure 29 on that date.

23  3.   Undersigned counsel for the defense has submitted a request for the trial transcript in

24       furtherance of preparing the above-referenced filings.  However, counsel has been informed

25       that the trial transcript may not be available until Friday, June 27, 2008.

26  4.   Because reference to the trial transcript is necessary for counsel to draft thorough and informed
```

STIPULATION AND [PROPOSED] ORDER;       - 1 -
CR 07-00721 MAG

proposed findings of fact and conclusions of law, as well as the above-referenced motion under Rule 29, the parties hereby agree and stipulate that the deadline for filing proposed findings of fact and conclusions of law and the defendant's motion for judgment of acquittal should be continued to Thursday, July 3, 2008.

IT IS SO STIPULATED.

DATED: June 19, 2008 /s/
WENDY THOMAS
Assistant United States Attorney

DATED: June 19, 2008 /s/
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
Attorney for Defendant

### [~~PROPOSED~~] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the deadline for filing of proposed findings of fact and conclusions of law and the defendant's motion for judgment of acquittal under Federal Rule of Criminal Procedure 29 from Friday, June 20, 2008 to ~~Thursday, July 3, 2008~~. Friday, July 11, 2008.

**IT IS SO ORDERED.**

DATED: June 23, 2008

THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER;    - 2 -
CR 07-00721 MAG